**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LARRY POWELL, | ) | No. EDCV 08-204-CAS(CW) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING REPORT AND |
| | ) | RECOMMENDATION OF UNITED STATES |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| ANTONIO CARRILLO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been received.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered dismissing this action, without prejudice, for failure to prosecute and on the grounds discussed in the Memorandum and Order filed March 24, 2010 (docket no. 34).

1

1       **IT IS FURTHER ORDERED** that this order and the judgment herein be

2   served on the parties.

3

4   DATED:     July 9, 2010

5

6                                          _____

7                                          CHRISTINA A. SNYDER
                                           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2