JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY POWELL, | No. EDCV 08-204-CAS(CW) |
|       Plaintiff, | JUDGMENT |
|   v. | |
| ANTONIO CARRILLO, et al., | |
|       Defendants. | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: <u>July 9, 2010</u>

                                                  */s/ Christina A. Snyder*
                                                  CHRISTINA A. SNYDER
                                              United States District Judge